NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

CONVOLVE, INC. AND
MASSACHUSETTS INSTITUTE OF TECHNOLOGY,
*Plaintiffs-Appellants,*

v.

COMPAQ COMPUTER CORPORATION,
*Defendant-Appellee,*

AND

SEAGATE TECHNOLOGY, LLC AND SEAGATE
TECHNOLOGY, INC.,
*Defendants-Appellees.*

---

2012-1074

---

Appeal from the United States District Court for the Southern District of New York in case no. 00-CV-5141, Judge George B. Daniels.

---

ON MOTION

---

ORDER

Before O'MALLEY, *Circuit Judge.*

Convolve, Inc. and Massachusetts Institute of Technology (Convolve) move without opposition for an extension of time to file their reply brief. Convolve also moves for leave to file an extended reply brief. Seagate Technology, LLC et al. (Seagate) oppose in part. Convolve replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted. The reply brief is due within 14 days of the date of filing of this order.

(2) The motion for leave to file an extended reply brief is granted in part. Convolve may file a reply brief not to exceed 10,000 words.

FOR THE COURT

AUG 3 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Gregory A. Markel, Esq.
Carter G. Phillips, Esq.
Christopher D. Landgraff, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 3 1 2012

JAN HORBALY
CLERK